

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00381-CR

Eric **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-06-13518-CR
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 19, 2014.

_____
Marialyn Barnard, Justice